Terry N. **FLOYD, Appellant,**

v.

**UNITED PARCEL SERVICE, INC., Respondent.**

**No. WD 43893.**

Missouri Court of Appeals, Western District.

Oct. 22, 1991.

David H. Bony, Kansas City, for appellant.

A. Warren Francis, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Plaintiff appeals from a jury verdict in favor of defendant in an action for personal injuries resulting from a traffic accident.

The judgment is affirmed. Rule 84.16(b).

**ALUMAX ALUMINUM CORPORATION, Appellant,**

v.

**WESTMINSTER COLLEGE, Respondent.**

**No. WD 44135.**

Missouri Court of Appeals, Western District.

Oct. 22, 1991.

Norman W. Lampton, Columbia, for appellant.

Charles W. Franklin, Columbia, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

PER CURIAM:

Appellant, Alumax Aluminum Corporation, sought to recover $62,391.89. Following a non-jury trial, judgment was entered in favor of Alumax for $49,687.26. Appellant appeals.

Judgment affirmed. Rule 84.16(b).